UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WANDA L. MONTGOMERY,<br><br>        Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE<br>UNIVERSITY SYSTEM OF GEORGIA,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-2515-LTW |

## J U D G M E N T

This action having come before the court, Honorable Linda T. Walker, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having Granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 16th day of March, 2015.

JAMES N. HATTEN
CLERK OF COURT

By: s/Frances K. Pinckney
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  March 17, 2015
James N. Hatten
Clerk of Court

By: s/Frances K. Pinckney
     Deputy Clerk